UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LUCILA S. MARIANO, | No. C 13-00425 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ONEWEST BANK, FSB, | |
| Defendant(s). | |

On January 30, 2013, Plaintiff Lucila Mariano filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On February 11, 2013, the Clerk of Court directed Plaintiff to either consent or decline magistrate jurisdiction by February 22. Dkt. No. 4. Plaintiff failed to respond.

Based on this inaction, the Court hereby ORDERS Plaintiff Lucila Mariano to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 28, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 11, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if a responsive declaration is not filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUCILA S. MARIANO,

        Plaintiff,

  v.

ONEWEST BANK, FSB,

        Defendant.

Case Number: 13-00425 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Lucila Mariano**
27868 Gainesville Avenue
Hayward, CA 94545

Dated: March 13, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2