IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCILA S. MARIANO,

    Plaintiff,

  v.

ONEWEST BANK, FSB, et al,

    Defendants.

No. C 13-0425 MMC

**ORDER DISMISSING ACTION**

    On April 10, 2013, the Court dismissed plaintiff Lucila S. Mariano's complaint with leave to amend, for lack of jurisdiction. Plaintiff's amended complaint, if any, was due no later than April 26, 2013. Plaintiff has not filed an amended complaint.

    Accordingly, for the reasons stated in the order dated April 10, 2013, the above-titled action is hereby DISMISSED.

    **IT IS SO ORDERED.**

Dated: May 1, 2013

MAXINE M. CHESNEY
United States District Judge