1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6  LUCILA S. MARIANO,                              No. CV- 13-0425 MMC

7               Plaintiff,
                                          **JUDGMENT IN A CIVIL CASE**
8     v.

9
   ONEWEST BANK, FSB, et al.,
10
               Defendants.
11  _____/

12

13       **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

14  have been tried and the jury has rendered its verdict.

15       **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

16  issues have been tried or  heard and a decision has been rendered.

17       **IT IS SO ORDERED AND ADJUDGED**

18       The above-titled action is hereby DISMISSED.

19

20  Dated: May 1, 2013                         Richard W. Wieking, Clerk

21                                             *Tracy Lucero*

22                                             By: Tracy Lucero
                                               Deputy Clerk
23

24

25

26

27

28